IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-21-D

JOHN LASCHKEWITSCH, )
)
)
Plaintiff, )
)
v. ) **ORDER**
)
AMERICAN NATIONAL LIFE )
INSURANCE COMPANY, )
)
Defendant. )

On March 6, 2015, John Laschkewitsch ("Laschkewitsch") filed a motion to strike [D.E. 10]. On March 9, 2015, Laschkewitsch filed a motion to stay regarding the order for a discovery plan [D.E. 12]. American National Life Insurance Company responded in opposition [D.E. 14, 15]. Laschkewitsch replied [D.E. 16, 17].

The court has reviewed the record and considered Laschkewitsch's motions under the governing standard. The motions [D.E. 10, 12] lack merit and are DENIED.

SO ORDERED. This 16 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge