IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-21-D

| | |
|---|---|
| JOHN LASCHKEWITSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMERICAN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

On May 11, 2015, John Laschkewitsch ("Laschkewitsch" or "plaintiff") filed a motion for sanctions [D.E. 19]. On May 29, 2015, American National Life Insurance Company responded in opposition [D.E. 21]. On June 18, 2015, Laschkewitsch replied [D.E. 22].

Laschkewitsch's motion for sanctions fails. First, Laschkewitsch did not comply with the safe harbor provision in Rule 11. See, e.g., Brickwood Contractors, Inc. v. Datanet Eng'g, Inc., 369 F.3d 385, 389 (4th Cir. 2004) (en banc). Second, Laschkewitsch premised his motion for sanctions on his meritless motion to strike [D.E. 10], which this court denied on April 17, 2015. See [D.E. 18]. Finally, American National Life Insurance Company did not violate 28 U.S.C. § 1927, Rule 8, or Rule 11 of the Federal Rules of Civil Procedure.

In sum, plaintiff's motion for sanctions [D.E. 19] is DENIED.

SO ORDERED. This 26 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge