UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN LASCHKEWITSCH,                    )
                    Plaintiff,          )
                                        )     **JUDGMENT IN A CIVIL CASE**
V.                                      )     **CASE NO. 5:15-CV-21-D**
                                        )
AMERICAN NATIONAL LIFE                  )
INSURANCE COMPANY,                      )
                    Defendant.          )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion
for summary judgment based on collateral estoppel [D.E. 25], GRANTS defendant's motion to
seal [D.E. 27], GRANTS plaintiff's motion to seal [D.E. 32], DENIES plaintiff's motion for
summary judgment [D.E. 34] and DENIES plaintiff's motion in limine [D.E. 38]. The court
DISMISSES with prejudice plaintiff's claims and GRANTS summary judgment to defendant on
its four claims. Not later than August 31, 2016, defendant American National Life shall submit a
proposed schedule for further proceedings concerning an award of damages, attorney's fees, and
costs.

**This Judgment Filed and Entered on August 5, 2016, and Copies To:**

John Laschkewitsch                  Sent to 1933 Ashridge Dr. Fayetteville, NC

                                    28304 via US Mail
Gilbert C. Laite, III               (via CM/ECF Notice of Electronic Filing)
Kelly C. Hanley                     (via CM/ECF Notice of Electronic Filing)


DATE:                               JULIE RICHARDS JOHNSTON, CLERK
August 5, 2016                      (By)  /s/ Nicole Briggeman
                                     Deputy Clerk